UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-107-T-23MSS

ANWAR DIXON
_____/

**ORDER**

The United States seeks leave, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss, without prejudice, the superseding indictment against Anwar Dixon.  Rule 48(a) provides that, if leave is granted, the prosecution "shall thereupon terminate."  Under the circumstances of this case, leave should be freely granted.

The United States' motion (Doc. 42) is **GRANTED** and the superseding indictment is **DISMISSED** without prejudice.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record
          United States Probation
          United States Pretrial
          United States Marshal